JS-6

LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA JORDAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; BANK OF AMERICA GROUP BENEFITS PROGRAM; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV15-04218-PA (AGRx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:   Hon. Percy Anderson<br>Ctrm.:   15 (Spring) |

Pursuant to the Joint Stipulation for Dismissal of Entire Action with Prejudice by and between Plaintiff BLANCA JORDAN, Defendant AETNA LIFE INSURANCE COMPANY, and Defendant BANK OF AMERICA GROUP BENEFITS PROGRAM, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: December 17, 2015

By: _____
Percy Anderson
United States District Judge

Order